PAUL J. FISHMAN
United States Attorney
BY: DEBORAH J. GANNETT
Assistant United States Attorney
970 Broad Street, Suite 700
Newark, New Jersey 07102
(973) 645-2700

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. Peter G. Sheridan, U.S.D.J. |
| Plaintiff, | : | Criminal No. 10- 112 (PGS) |
| v. | : | CONSENT JUDGMENT AND PRELIMINARY ORDER OF FORFEITURE |
| DERRICK FRY | : | |
| Defendant. | : | |

WHEREAS, on 2/23 2010, the United States filed an Information, Criminal No. 10-___, against Derrick Fry (hereinafter "Defendant"), charging him with conspiracy to receive, possess, conceal, store, barter, sell, and dispose of goods, wares, merchandise, securities and money of the value of $5,000 or more, contrary to 18 U.S.C. § 2315, in violation of 18 U.S.C. § 371; and

WHEREAS, on 2/23 2010, the Defendant pled guilty to the one-count Information; and

WHEREAS, pursuant to 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461, any property constituting or derived from proceeds traceable to a violation of 18 U.S.C. § 371 and 18 U.S.C. § 2315 shall be forfeitable; and

The Undersigned hereby consent
to the entry and form of this
Consent Judgment and Order of Forfeiture:

PAUL J. FISHMAN
United States Attorney

*Deborah T Gannett*      Dated: 2/23/2010

DEBORAH J. GANNETT
Assistant United States Attorney
970 Broad Street, Suite 700
Newark, New Jersey 07102

*[signature]*      Dated: 2/23/2010

Defendant Derrick Fry

*[signature]*      Dated: 2/23/2010

Gary Cutler, Esq.
Counsel for the Defendant Derrick Fry

5